

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess  Logoff MJBUTTERFIELD |

**1922-CC12061 - PHILIP LOPEZ V AREFE BEREKET ET AL (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries: ● Descending  ○ Ascending          Display Options: All Entries

---

**12/06/2019**   ☐ **Corporation Served**
Document ID - 19-SMCC-22479; Served To - POSTMATES, INC.; Server - ; Served Date - 22-NOV-19; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served; Service Text - RECEIVED BY B LOVE/ SENIOR CORP OP INTAKE SPECIALIST

☐ **Notice of Service**
Summons Return Executed; Electronic Filing Certificate of Service.
  Filed By: LANE MATTHEWS
  On Behalf Of: PHILIP LOPEZ

☐ **Jury Trial Scheduled**
  Scheduled For: 05/11/2020; 9:00 AM ; REX M BURLISON; City of St. Louis

**11/21/2019**   ☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-22479, for POSTMATES, INC..

☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-22478, for BEREKET, AREFE.

☐ **Filing Info Sheet eFiling**
  Filed By: LANE MATTHEWS

☐ **Motion Special Process Server**
Request for Appointment of Special Process Server.
  Filed By: LANE MATTHEWS
  On Behalf Of: PHILIP LOPEZ

☐ **Cert Serv of Interrog Filed**
Certificate of Service.
  Filed By: LANE MATTHEWS

☐ **Pet Filed in Circuit Ct**
Petition; Party Information Sheet.
  Filed By: LANE MATTHEWS

☐ **Judge Assigned**

---

Case.net Version 5.14.0.17          Return to Top of Page          Released 11/25/2019

**EXHIBIT A**

1922-CC12061

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

PHILIP LOPEZ,

    Plaintiff,

v.

AREFE BEREKET,

<u>Serve at:</u>
3647 Phillips Place #2 St. Louis, MO 63116

and

POSTMATES, INC.

<u>Serve Registered Agent:</u>
CT Corporation System
120 South Central Ave. Clayton, MO 63105

    Defendants.

Cause No.

**Personal Injury - Vehicular**

JURY TRIAL DEMANDED

## PETITION

**COMES NOW** Plaintiff Philip Lopez, by and through his and his attorneys, Page Law, LLC and for his Petition against Defendants states as follows to the Court:

### GENERAL ALLEGATIONS

1. Defendant Bereket is a resident of Missouri; Plaintiff is a resident of Missouri.

2. Defendant Postmates, Inc. is a Missouri corporation.

3. Venue is proper in the Circuit Court of the City of St. Louis, Missouri.

4. On May 10, 2019, Plaintiff was walking within a designated cross –walk, crossing Chippewa at Morganford at approximately 2:48 pm on a "walk" or "green" signal.

5. On May 10, 2019, at approximately 2:48 pm, Defendant Bereket was operating his motor vehicle, a 2008 Chevrolet Aveo on Chippewa near the intersection of Morganford.

6. That the Defendant violated a red electric signal and failed to yield striking Plaintiff while he was within the cross-walk.

7. That Plaintiff, at the time he was struck by Defendant, was within the half of the roadway the Defendant's vehicle was traveling.

8. That Plaintiff at all times herein fully complied with RSMO 300.160 and therefore had the right-of-way.

## COUNT I-NEGLIGENCE AGAINST AREFE BEREKET

9. Plaintiff reincorporates and realleges paragraphs 1 through 8 as if fully set forth herein.

10. That the Defendant owed Plaintiff a duty to operate his vehicle with the highest degree of care yet failed to do so and was therefore negligent, reckless and careless in the following respects:

  a. Failed to keep a careful lookout;

  b. Failed to yield the right of way;

  c. Was in violation of Missouri law with regard to the rules of the road;

  d. Defendant was not paying proper attention to the operation or progress of pedestrians, including Plaintiff within the cross-walk;

  e. Defendant failed to keep a careful lookout in order to reasonably apprehend and/or to observe and heed road and traffic conditions then and there existing;

  f. Defendant failed to exercise due and proper care and diligence to avoid said accident;

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

      g. Defendant failed to stop, swerve, slacken speed or sound a warning;

      h. Defendant was otherwise generally careless and negligent.

11. As a direct and proximate cause of Defendant's negligence, Plaintiff has suffered Fractured Tibia, Fractured Fibia, Muscle Strain in Right Shoulder, 12 Staples in Head, Laceration on Left Elbow necessitating medical treatment for said injuries, pain and suffering, and has incurred medical bills to date for treatment for these injuries.

**WHEREFORE,** Plaintiff prays for this Court to enter judgment for the Plaintiff in such amount as is fair and reasonable in excess of $25,000.00, for his costs herein expended, pre-judgment interest pursuant to Missouri statute, and for such other and further relief as this Court deems just and proper under the circumstances.

### COUNT II-NEGLIGENCE *PER SE* AGAINST AREFE BEREKET

12. Plaintiff reincorporates and realleges paragraphs 1 through 11 as though fully set forth herein.

13. That Defendant was negligent *per se* in that he failed to yield the right-of-way as required under Missouri law, specifically RSMo.§ 300.160 and§ 304.291.

14. That Plaintiff is within the class of persons the above referenced statutes were designed to protect.

15. That the injuries sustained by Plaintiff were of the kind said statute was designed to prevent.

16. As a direct and proximate cause of Defendant's negligence, Plaintiff has suffered injuries as further referenced above.

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

WHEREFORE, Plaintiff prays the Court to enter judgment for the Plaintiff in such amount as is fair and reasonable in excess of $25,000.00 and for costs and such other and further relief as this Court deems just and proper under the circumstances.

### COUNT III-VICARIOUS LIABILITY AGAINST POSTMATES, INC.

COMES NOW Plaintiff, by and through his attorneys, and repeats, incorporates, and re- alleges each and every paragraph and sub-paragraph set forth above as if they were set forth herein at length and further states:

17. At all times relevant and mentioned herein, Defendant Bereket was acting in the course and scope of his employment with Defendant Postmates, Inc.

18. At all times relevant herein, Defendant Bereket was furthering the business interests of his employer, Postmates, Inc., making it vicariously liable for his actions and/or inactions as stated herein.

WHEREFORE, for Count III, Plaintiff prays judgment against Defendant Postmates, Inc. in an amount in excess of TWENTY FIVE THOUSAND DOLLARS ($25,000.00), pre-judgment interest, punitive damages, costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

### COUNT IV- NEGLIGENT HIRING AND RETENTION AGAINST POSTMATES, INC.

COMES NOW Plaintiff, by and through his attorneys, and repeats, incorporates, and re- alleges each and every paragraph and sub-paragraph set forth above as if they were set forth herein at length and further states:

19. At the time of this crash and at all times relevant herein, Defendant Postmates, Inc. chose to manage and operate its own transportation company.

20. Defendant Postmates, Inc. was negligent in hiring Defendant Bereket as a driver when it should have been evident that Bereket was unqualified for such a position prior to this crash.

21. Defendant Postmates, Inc. was negligent in retaining Bereket as a driver when it should have been evident that Bereket was unqualified to remain in such a position and that he was not adhering to established safety procedures and regulations concerning safe vehicular operation prior to this crash.

22. The aforementioned negligence of Defendant Postmates, Inc. resulted in a top-down failure to provide a safe transportation program, thereby endangering the motor public, including Plaintiff.

23. As a result of Defendant Postmates, Inc.'s aforementioned negligence, Defendant Postmates, Inc. allowed an unsafe transportation program to allow an unsafe driver to operate a vehicle for their company, directly resulting in the crash that injured and damaged Plaintiff, through the operation of Defendant Postmates, Inc.'s vehicle.

24. Because of the Defendant Postmates, Inc.'s negligence, Plaintiff was injured.

25. As a direct and proximate result of the aforesaid injuries, Plaintiff has been caused to undergo extensive medical care and treatment as well as hospital care and treatment, and will be required to undergo further such care and treatment in the future.

26. As a direct and proximate result of the aforesaid injuries, Plaintiff will be required to become indebted for additional expenses for medical care and treatment in the future, the cost of which is unknown.

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

27. As a direct and proximate result of the aforesaid injuries, Plaintiff is at an increased risk of future surgery.

28. Because of Defendant Postmates, Inc.'s negligence, and each of them, Plaintiff has incurred past damages, past pain, past suffering, past lost wages and will incur future damages, future pain, future suffering, future medical costs, future lost wages, and a diminished earning capacity, all in an amount that is currently not known, but expected to be substantial.

29. Leading up to this crash and at the time of this crash, Defendant Postmates, Inc. showed a complete indifference to and/or a conscious disregard for the safety of the motoring public, including but not limited to Plaintiff.

30. The acts and/or omissions of Defendant Postmates, Inc. were committed willfully, wantonly, and in gross disregard for the rights of Plaintiff and said acts and/or omissions and conscious disregard constitute outrageous conduct and aggravating circumstances entitling Plaintiff to punitive damages against defendants, and each of them.

WHEREFORE, for Count IV, Plaintiff prays judgment against Defendant Postmates, Inc. in an amount in excess of TWENTY FIVE THOUSAND DOLLARS ($25,000.00), pre-judgment interest, punitive damages, costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

## COUNT V- NEGLIGENT TRAINING AND SUPERVISION AGAINST POSTMATES, INC.

COMES NOW Plaintiff, by and through his attorneys, and repeats, incorporates, and re- alleges each and every paragraph and sub-paragraph set forth above as if they were set forth herein at length and further states:

31. Defendant Postmates, Inc. failed to properly train and instruct Defendant Bereket on the numerous safety rules and regulations necessary for safe transport operation.

32. Defendant Postmates, Inc. was negligent by failing to provide the proper supervision over Defendant Bereket to ensure he was driving its vehicle safely, and by failing to properly train its drivers on topics related to safety, such as dangerous distractions, defensive driving, and how to properly avoid crashes on the roadway.

33. The aforementioned negligence of Defendant Postmates, Inc. resulted in a top-down failure to provide a safe transportation program, thereby endangering the motoring public, including specifically, Plaintiff.

34. As a result of Defendant Postmates, Inc.'s aforementioned negligence, Defendant Postmates, Inc. allowed an unsafe transportation program to allow an unsafe driver to operate a vehicle, directly resulting in this crash which directly resulted in Plaintiff's injuries and damages as discussed herein.

35. Because of the Defendant Postmates, Inc.'s negligence, Plaintiff was injured.

36. As a direct and proximate result of the aforesaid injuries, Plaintiff has been caused to undergo extensive medical care and treatment as well as hospital care and

treatment, and will be required to undergo further such care and treatment in the future.

37. As a direct and proximate result of the aforesaid injuries, Plaintiff will be required to become indebted for additional expenses for medical care and treatment in the future, the cost of which is unknown.

38. As a direct and proximate result of the aforesaid injuries, Plaintiff is at an increased risk of future surgery.

39. Because of Defendant Postmates, Inc.'s negligence, and each of them, Plaintiff has incurred past damages, past pain, past suffering, past lost wages and will incur future damages, future pain, future suffering, future medical costs, future lost wages, and a diminished earning capacity, all in an amount that is currently not known, but expected to be substantial.

40. Leading up to this crash and at the time of this crash, Defendant Postmates, Inc. showed a complete indifference to and/or a conscious disregard for the safety of the motoring public, including but not limited to Plaintiff.

41. The acts and/or omissions of Defendant Postmates, Inc. were committed willfully, wantonly, and in gross disregard for the rights of Plaintiff and said acts and/or omissions and conscious disregard constitute outrageous conduct and aggravating circumstances entitling Plaintiff to punitive damages against defendants, and each of them.

WHEREFORE, for Count V, Plaintiff prays judgment against Defendant Postmates, Inc. in an amount in excess of TWENTY FIVE THOUSAND DOLLARS ($25,000.00), pre-

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

judgment interest, punitive damages, costs herein incurred, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**PAGE LAW**

*/s/ Lane Matthews*
Lane Matthews #63065
9930 Watson Rd.
Suite 100
St. Louis, MO 63126
T: 314-835-5807
F: 314-835-5857
lane@pagelaw.com
*Attorney for Plaintiff*

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

**1922-CC12061**

Case Number (For Court Use Only) _____

# CONFIDENTIAL CASE FILING INFORMATION SHEET -- NON-DOMESTIC RELATIONS

**INSTRUCTIONS:**
✓ Complete this form for all parties known at the time of filing. Provide the most appropriate Case Type and Party Type codes and descriptions. (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)
✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The **full** Social Security Number (SSN) is **required** pursuant to Missouri Supreme Court Operating Rule 4.07 if the party is a person and is reasonably available. This is a confidential document. This information is needed to open a case in the court's case management system. While cases deemed public under Missouri statutes can be accessed through Case.net, the day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net.

Filing Date: 11/21/2019     County/City of St. Louis: City of St. Louis

Style of Case: Philip Lopez v. Arefe Bereket, et al.
(i.e. In the Estate of; In the Matter of; Petitioner v. Respondent.)

Case Type Code: TE     Case Type Description: Personal Injury - Vehicular

---

Party Type Code: PLT     Party Type Description: Plaintiff
Name (if a person): (Last) Lopez     (First) Philip     (Middle) _____
Organization (if non-person): _____
Address: 4355 Gertrude Ave.
City: St. Louis     State: MO     Zip: 63116     Contact Telephone Number: 314-479-7454
DOB/DOD: [redacted]     Gender: ☑ Male ☐ Female     SSN: ***-**-1449
Attorney Name (if represented by counsel): Lane Matthews     Bar ID: 63065     Party Type Code: APLT

---

Party Type Code: DFT     Party Type Description: Defendant
Name (if a person): (Last) Bereket     (First) Arefe     (Middle) _____
Organization (if non-person): _____
Address: 3647 Phillips Place # 2
City: St. Louis     State: MO     Zip: 63116     Contact Telephone Number: _____
DOB/DOD: _____     Gender: ☑ Male ☐ Female     SSN: _____
Attorney Name (if represented by counsel): _____     Bar ID: _____     Party Type Code: _____

---

Party Type Code: DFT     Party Type Description: Defendant
Name (if a person): (Last) _____     (First) _____     (Middle) _____
Organization (if non-person): Postmates, Inc.
Address: CT Corporation System - 120 South Central Ave.
City: Clayton     State: MO     Zip: 63105     Contact Telephone Number: _____
DOB/DOD: _____     Gender: ☐ Male ☐ Female     SSN: _____
Attorney Name (if represented by counsel): _____     Bar ID: _____     Party Type Code: _____

---

Submitted by: Britni Winebright     Bar ID (required if attorney): _____
Address (if not shown above): 9930 Watson Rd. Suite 100
City: St. Louis     State: MO     Zip: 63126
Phone: 314-835-5807     Email Address: Britni@pagelaw.com

*IMPORTANT: It is the parties' responsibility to keep the court informed of any change of address or employment.*

OSCA (05-13) FI-05

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| PHILIP LOPEZ, | |
| Plaintiff, | |
| | Cause No. |
| v. | |
| | **Personal Injury - Vehicular** |
| AREFE BEREKET, | |
| | JURY TRIAL DEMANDED |
| and | |
| POSTMATES, INC. | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

COMES NOW Plaintiff, by and through his attorney, and hereby advises this Honorable Court that Plaintiff has requested the Clerk of this Court to attach the following to the Summons to be served upon Defendants Arefe Bereket and Postmates, Inc. on this 21st day of November, 2019:

1. A copy of Plaintiff's Petition;
2. Plaintiff's First Interrogatories and Request for Production to Defendant Arefe Bereket;
3. Plaintiff's First Interrogatories and Request for Production to Defendant Postmates, Inc.;
4. A copy of this Certificate of Service.

Respectfully submitted,

**PAGE LAW**

*/s/ Lane Matthews*
Lane Matthews #63065
9930 Watson Rd.
Suite 100
St. Louis, MO 63126
T: 314-835-5807
F: 314-835-5857
lane@pagelaw.com
*Attorney for Plaintiff*

**1922-CC12061**

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

In the
# CIRCUIT COURT
City of St. Louis, Missouri



**Philip Lopez**
Plaintiff/Petitioner

11/21/2019
Date

vs.

**Arefe Bereket, et al.**
Defendant/Respondent

Case number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now __Plaintiff_____, pursuant
                Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of
__Dennis Dahlberg__   __1107 Chatelet Dr. St. Louis, MO 63135__   __314-524-7835__
Name of Process Server        Address                              Telephone

_____   _____   _____
Name of Process Server        Address                              Telephone

_____   _____   _____
Name of Process Server        Address                              Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
Name: **Arefe Bereket**
Address: **3647 Phillips Place #2**
City/State/Zip: **St. Louis, MO 63116**

SERVE:
Name:
Address:
City/State/Zip:

SERVE:
Name: **Registered Agent-CT Corporations System** (For Postmark Inc.)
Address: **120 South Central Ave.**
City/State/Zip: **Clayton, MO 63105**

SERVE:
Name:
Address:
City/State/Zip:

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk

By _____
   Deputy Clerk

_____
Date

**Lane Matthews**
Attorney/Plaintiff/Petitioner
**63065**
Bar No.
**9930 Watson Rd. Suite 100 St. Louis, MO 63126**
Address
**314-835-5807**
Phone No.

**1922-CC12061**

Electronically Filed - City of St. Louis - November 21, 2019 - 09:21 AM

# In the
# CIRCUIT COURT
## City of St. Louis, Missouri

**Philip Lopez**
Plaintiff/Petitioner

vs.

**Arefe Bereket, et al.**
Defendant/Respondent

**11/21/2019**
Date

Case number

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now **Plaintiff** _____, pursuant
                Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of

**Dennis Dahlberg**    **1107 Chatelet Dr. St. Louis, MO 63135**    **314-524-7835**
Name of Process Server    Address    Telephone

_____    _____    _____
Name of Process Server    Address    Telephone

_____    _____    _____
Name of Process Server    Address    Telephone

to serve the summons and petition in this cause on the below named parties.

**SERVE:**
Name: **Arefe Bereket**
Address: **3647 Phillips Place #2**
City/State/Zip: **St. Louis, MO 63116**

**SERVE:**
Name: **Registered Agent-CT Corporations System** (For Postmates Inc.)
Address: **120 South Central Ave.**
City/State/Zip: **Clayton, MO 63105**

**SERVE:**
Name: _____
Address: _____
City/State/Zip: _____

**SERVE:**
Name: _____
Address: _____
City/State/Zip: _____

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk

By **M MCMULLEN**
Deputy Clerk

**NOVEMBER 21, 2019**
Date

**Lane Matthews**
Attorney/Plaintiff/Petitioner

**63065**
Bar No.

**9930 Watson Rd. Suite 100 St. Louis, MO 63126**
Address

**314-835-5807**
Phone No.



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 1922-CC12061 | |
|---|---|---|
| Plaintiff/Petitioner:<br>PHILIP LOPEZ<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>LANE MATTHEWS<br>P.O. Box 1577<br>ST PETERS, MO  63376 | D DAHLBERG<br>SPECIAL PROCESS<br>SERVER |
| Defendant/Respondent:<br>AREFE BEREKET<br>Nature of Suit:<br>CC Pers Injury-Vehicular | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: AREFE BEREKET
Alias:

3647 PHILLIPS PL. #2
ST. LOUIS, MO  63116

**SPECIAL PROCESS SERVER**

COURT SEAL OF

CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**November 21, 2019**                                _Thomas Kloeppinger_
_____                              _____
Date                                                  Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                      _____
Printed Name of Sheriff or Server       Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)
My commission expires: _____      _____
                        Date                  Notary Public

**Sheriff's Fees, if applicable**
Summons                           $_____
Non Est                           $_____
Sheriff's Deputy Salary
Supplemental Surcharge            $  10.00
Mileage                           $_____ (_____ miles @ $._____ per mile)
Total                             $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 19-SMCC-22478      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo



## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: | Case Number: 1922-CC12061 | |
|---|---|---|
| REX M BURLISON | | |
| Plaintiff/Petitioner: | Plaintiff's/Petitioner's Attorney/Address | D DAHLBERG |
| PHILIP LOPEZ | LANE MATTHEWS | SPECIAL PROCESS |
| | P.O. Box 1577 | SERVER |
| vs. | ST PETERS, MO 63376 | |
| Defendant/Respondent: | Court Address: | |
| AREFE BEREKET | CIVIL COURTS BUILDING | |
| Nature of Suit: | 10 N TUCKER BLVD | |
| CC Pers Injury-Vehicular | SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: POSTMATES, INC.
Alias:

CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

**SPECIAL PROCESS SERVER**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

November 21, 2019 _____ _Thomas Kloeppinger_ _____
Date                                                   Clerk

Further Information:
_____

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
Printed Name of Sheriff or Server      Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____     _____
                        Date              Notary Public

**Sheriff's Fees, if applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $  10.00
Mileage                              $_____ (_____ miles @ $._____ per mile)
**Total**                            $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 19-SMCC-22479   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - City of St. Louis - December 06, 2019 - 02:54 PM

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 1922-CC12061 | D DAHLBERG SPECIAL PROCESS SERVER |
|---|---|---|
| Plaintiff/Petitioner: PHILIP LOPEZ vs. | Plaintiff's/Petitioner's Attorney/Address LANE MATTHEWS P.O. Box 1577 ST PETERS, MO 63376 | |
| Defendant/Respondent: AREFE BEREKET | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | (Date File Stamp) |
| Nature of Suit: CC Pers Injury-Vehicular | | |

## Summons in Civil Case

The State of Missouri to: POSTMATES, INC.
Alias:
CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVE
CLAYTON, MO 63105

**SPECIAL PROCESS SERVER**

COURT SEAL OF
CITY OF ST LOUIS

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

November 21, 2019                    _Thomas Kloeppinger_
        Date                                    Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: Dollicie L. Cove (name) Senior Corporate Operations (title).
☐ other: _____ Intake Specialist

Served at CT Corporation System, 120 South Central Avenue, Suite 400, Clayton (address)
in St. Louis (County/City of St. Louis), MO, on November 22, 2019 (date) at 9:06 a.m. (time).

_____        X Dahlberg
Printed Name of Sheriff or Server        Signature of Server Dennis Dahlberg
                                         Process Server, ps363

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on November 22, 2019 (date).
My commission expires: 18 OCT 2022       Mary D. Hurley
                       Date                   Notary Public

MARY D. HURLEY
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Expires October 18, 2022
Commission #14955366

Sheriff's Fees, if applicable
Summons            $_____
Non Est            $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage            $_____ (_____ miles @ $_____ per mile)
Total              $_____

A copy of the summons and a copy of the petition must be served on each defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 19-SMCC-22479     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

MARY D. HURLEY
Notary Public - Notary Seal
State of Missouri
County of St. Louis
My Commission Expires October 18, 2022
Commission #14955366